**Julaine SOLOMON, Plaintiff–Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION; Pierce County, Defendants–Appellees.**

No. 11–35396.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 21, 2012.

Julaine Solomon, Tacoma, WA, pro se.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Julaine Solomon appeals pro se from the district court's order denying her motion to reconsider in her action against the Social Security Administration and Pierce County. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's order denying a motion to reconsider. *Sch. Dist. No.*

1J, *Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir.1993). We affirm.

The district court did not abuse its discretion by denying Solomon's motion to reconsider because Solomon failed to demonstrate mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, or any other basis for relief from judgment. *See* Fed.R.Civ.P. 60(b); *Sch. Dist. No. 1J*, 5 F.3d at 1263.

To the extent that they seek relief, Solomon's pending motions are denied.

**AFFIRMED.**

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).